MEMORANDUM OPINION




No. 04-07-00255-CV



GARBARIDA, INC. and Eliot Garza,


Appellants



v.



CATCAR, L.L.C.,


Appellee



From the County Court at Law No. 3, Bexar County, Texas


Trial Court No. 322086


Honorable David J. Rodriguez, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: September 5, 2007


JOINT MOTION TO SET ASIDE AND REMAND GRANTED; SET ASIDE AND REMANDED

 The parties have filed a joint motion stating they have fully resolved and settled all issues in
dispute. The parties ask that we set aside the trial court's judgment without regard to the merits and
remand the cause to the trial court for rendition of judgment in accordance with the settlement
agreement. See Tex. R. App. P. 42.1(a)(2)(B). The parties have agreed that each party will bear its
own costs.

 We grant the motion. The judgment of the trial court is set aside without regard to the merits
and the cause is remanded to the trial court for rendition of judgment in accordance with the parties'
agreement. See Tex. R. App. P. 42.1(a)(2)(B). The costs of this appeal shall be borne by the party that
incurred them.

 PER CURIAM